Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1750 | **DATE** | 5/21/2010 |
| **CASE TITLE** | Evelyn Class vs. Regional Adjustment Bureau, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Nyia Searcy, incorrectly sued as Jones Wood and Pamela Hopson, incorrectly sued as Agent Lisa are hereby substituted as the correct defendants.  The Clerk is directed to add Nyia Searcy and Pamela Hopson as defendants and terminate Jones Wood and Agent Lisa.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|