## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Evelyn Class

                        Plaintiff,

v.                                           Case No.: 1:10–cv–01750

                                                          Honorable Nan R. Nolan

Regional Adjustment Bureau, Inc, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, January 13, 2011:

      MINUTE entry before Honorable Nan R. Nolan:Motion hearing held. Counsel for defendants' was present. Plaintiff Evelyn Class failed to appear. For the reasons stated in open court defendants' motion to dismiss for lack of prosecution [42] is granted. All pending motions before this court are hereby dismissed. Civil case terminated with prejudice. Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.